B6 Cover (Adapted From Official Form) (12/07)

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtors(s)

Unsworn Declaration Under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B 6 Summary (Adapted from Official Form) (12/14)

# United States Bankruptcy Court
## Western District of Michigan

In re: **Coulter, Roland and Amanda**          Case No. **1:14-bk-7816**
Chapter **13**

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 3 | $8,590.79 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $2,400.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $270,238.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $2,568.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $2,514.00 |
| Totals | | 22 | $8,590.79 | $272,638.36 | |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

B 6 Summary (Adapted from Official Form) (12/14)

# United States Bankruptcy Court
## Western District of Michigan

In re: **Coulter, Roland and Amanda**    Case No. **1:14-bk-7816**
Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$2,400.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | **$184,400.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | **$186,800.00** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$2,568.53** |
| Average Expenses (from Schedule J, Line 22) | **$2,514.00** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$3,865.54** |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$2,400.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | **$270,238.36** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$270,238.36** |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

B 6A (Adapted from Official Form 6A) (12/07)

In re: **Coulter, Roland and Amanda**                                      Case No. **1:14-bk-7816**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both, or the marital community own the property by placing an "1," "2," "J," or "C" in the column labeled "Owner." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | O W N E R | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **(None)** | | | | |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

B 6B (Adapted from Official Form 6B) (12/07)

In re: **Coulter, Roland and Amanda**                    Case No. **1:14-bk-7816**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether Debtor 1 (the debtor), Debtor 2 (the Debtor's spouse), both, or the marital community own the property by placing an "1," "2," "J," or "C" in the column labeled "Owner." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | O W N E R | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY CLAIM OF EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand**<br>**[at In debtors' possession]** | **J** | **$15.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DFCU Savings Account**<br>**Huntington Bank Checking Account**<br>**Lake Trust Accounts** | **C**<br>**J**<br>**C** | **$160.00**<br>**$75.79**<br>**$5.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Electronics (VCR ($10), Computer ($400), TVs (2@$300 ea), DVD Player ($30)**<br>**[at Debtor's residence]** | **J** | **$1,040.00** |
| | | **Lawn and garden tools/equipment**<br>**[at Debtors' residence]** | **J** | **$275.00** |
| | | **Living Room Furniture**<br>**[at Debtors' residence]** | **J** | **$200.00** |
| | | **Major Appliances (Washer/Dryer and Refrigerator)**<br>**[at Debtors' residence]** | **C** | **$350.00** |
| | | **Microwave**<br>**[at Debtors' residence]** | **J** | **$20.00** |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Schedule B                                                                                                                    Page 1

Coulter, Roland and Amanda                                                          1:14-bk-7816

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | O W N E R | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY CLAIM OF EXEMPTION |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DVD Collection** **[at Debtors' residence]** | J | $600.00 |
| 6. Wearing apparel. | | **Mens, womens and childrens clothing** **[at Debtors' residence]** | J | $1,500.00 |
| 7. Furs and jewelry. | | **Jewelry** **[at Debtors' residence]** | J | $450.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Exercise equipment** **[at Debtors' residence]** **Video system & games** | J J | $0.00 $200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda                                                    1:14-bk-7816

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | O W N E R | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY CLAIM OF EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Funds garnished during preference period.** | **2** | **$1,700.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Jeep Grand Cherokee [at Debtors' residence]** | **J** | **$2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** | **$8,590.79** |

B 6C (Adapted from Official Form 6C) (04/13)

In re: **Coulter, Roland and Amanda**                    Case No. **1:14-bk-7816**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which the debtor is entitled under:                    ☐    Check if debtor claims a homestead exemption that exceeds
$155,675.00

☒    11 U.S.C. § 522(b)(2) [Federal Exemptions (04/13)]

☐    11 U.S.C. § 522(b)(3) [ state exemptions]

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Cash on hand** | **11 U.S.C. § 522(d)(5)** | D-1:             $7.50<br>D-2:             $7.50 | D-1:             $7.50<br>D-2:             $7.50 |
| **DFCU Savings Account** | **11 U.S.C. § 522(d)(5)** | D-1:           $80.00<br>D-2:           $80.00 | D-1:           $80.00<br>D-2:           $80.00 |
| **Huntington Bank Checking Account** | **11 U.S.C. § 522(d)(5)** | D-1:           $37.90<br>D-2:           $37.89 | D-1:           $37.90<br>D-2:           $37.89 |
| **Lake Trust Accounts** | **11 U.S.C. § 522(d)(5)** | D-1:             $2.50<br>D-2:             $2.50 | D-1:             $2.50<br>D-2:             $2.50 |
| **Household Electronics (VCR ($10), Computer ($400), TVs (2@$300 ea), DVD Player ($30)** | **11 U.S.C. § 522(d)(3)** | D-1:         $520.00<br>D-2:         $520.00 | D-1:         $520.00<br>D-2:         $520.00 |
| **Lawn and garden tools/equipment** | **11 U.S.C. § 522(d)(3)** | D-1:         $137.50<br>D-2:         $137.50 | D-1:         $137.50<br>D-2:         $137.50 |
| **Living Room Furniture** | **11 U.S.C. § 522(d)(3)** | D-1:         $100.00<br>D-2:         $100.00 | D-1:         $100.00<br>D-2:         $100.00 |
| **Major Appliances (Washer/Dryer and Refrigerator)** | **11 U.S.C. § 522(d)(3)** | D-1:         $175.00<br>D-2:         $175.00 | D-1:         $175.00<br>D-2:         $175.00 |
| **Microwave** | **11 U.S.C. § 522(d)(3)** | D-1:           $10.00<br>D-2:           $10.00 | D-1:           $10.00<br>D-2:           $10.00 |
| **DVD Collection** | **11 U.S.C. § 522(d)(5)** | D-1:         $300.00<br>D-2:         $300.00 | D-1:         $300.00<br>D-2:         $300.00 |
| **Mens, womens and childrens clothing** | **11 U.S.C. § 522(d)(3)** | D-1:         $750.00<br>D-2:         $750.00 | D-1:         $750.00<br>D-2:         $750.00 |
| **Jewelry** | **11 U.S.C. § 522(d)(4)** | D-1:         $225.00<br>D-2:         $225.00 | D-1:         $225.00<br>D-2:         $225.00 |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda

1:14-bk-7816

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION | |
|---|---|---|---|---|---|
| **Video system & games** | **11 U.S.C. § 522(d)(5)** | **D-1:** | **$100.00** | **D-1:** | **$100.00** |
| | | **D-2:** | **$100.00** | **D-2:** | **$100.00** |
| **Funds garnished during preference period.** | **11 U.S.C. § 522(d)(5)** | **D-1:** | **$0.00** | **D-1:** | **$0.00** |
| | | **D-2:** | **$1,700.00** | **D-2:** | **$1,700.00** |
| **1999 Jeep Grand Cherokee** | **11 U.S.C. § 522(d)(2)** | **D-1:** | **$1,000.00** | **D-1:** | **$1,000.00** |
| | | **D-2:** | **$1,000.00** | **D-2:** | **$1,000.00** |
| | **Totals** | **$8,590.79** | | **$8,590.79** | |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Schedule C

B 6D (Adapted from Official Form 6D) (12/07)

In re: **Coulter, Roland and Amanda**                                      Case No. **1:14-bk-7816**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both of them, or the marital community may be liable on each claim by placing an "1," "2," "J," or "C" in the column labeled "Obligor."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | **Totals** | | | | $0.00 | $0.00 |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Schedule D                                                                                          Page 1

B 6E (Adapted from Official Form 6E) (04/13)

In re: **Coulter, Roland and Amanda**                                  Case No. **1:14-bk-7816**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both of them, or the marital community may be liable on each claim by placing a "1," "2," "J," or "C" in the column labeled "Obligor." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☒ Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475.00* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $6,150.00* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ Deposits by individuals

Claims of individuals up to $2,775.00* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda

☐    Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 04/01/2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

# Domestic Support Obligations

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND CCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATI ON FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.:**<br><br>**Lalena Coulter**<br>**1141 Arlington Drive**<br>**Lansing, MI  48911** | | 1 | **UNKNOWN**<br><br>**Child**<br>**Support** | | | | **$1,200.00** | **$1,200.00** | **$0.00** |
| **Account No.:**<br><br>**Rebecca Ford**<br>**965 E. Beltline Ave NE**<br>**Grand Rapids, MI  49505** | | 1 | **UNKNOWN**<br><br>**Child**<br>**Support** | | | | **$1,200.00** | **$1,200.00** | **$0.00** |
| | | | | | | Subtotals this priority class: | **$2,400.00** | **$2,400.00** | **$0.00** |
| | | | | | | Totals: | **$2,400.00** | **$2,400.00** | **$0.00** |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

B 6F (Adapted from Official Form 6F) (12/07)

In re: **Coulter, Roland and Amanda**                          Case No. **1:14-bk-7816**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both of them, or the marital community may be liable on each claim by placing an "1," "2," "J," or "C" in the column labeled "Obligor."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | OBLIGOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: -****<br><br>**Automotive Credit Corp**<br>**26261 Evergreen Rd, Ste 300**<br>**Southfield, MI  48076** | | J | **10/25/2001**<br><br>**Deficiency** | | | X | **$12,909.00** |
| Account No.: -7118<br><br>**Comcast**<br>**Attn Law Department - Customer Service**<br>**One Comcast Center**<br>**Philadelphia, PA  19103** | | 2 | **UNKNOWN**<br><br>**Other** | | | | **$234.00** |
| Account No.: -****<br><br>**Comcast**<br>**Attn Law Department - Customer Service**<br>**One Comcast Center**<br>**Philadelphia, PA  19103** | | 1 | **10/03/2011**<br><br>**Other** | | | | **$247.00** |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda

1:14-bk-7816

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.:** <br><br>**Credit Acceptance Corp.**<br>**25505 W. Twelve Mile Road**<br>**Southfield, MI  48034** | | J | **UNKNOWN**<br><br>**Deficiency** | | | | **$7,967.69** |
| **Account No.: -\*\*\*\*** <br><br>**Department of Education/Sallie Mae**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773** | | 2 | **UNKNOWN**<br><br>**Student Loan** | | | | **$150,000.00** |
| **Account No.: -\*\*\*\*** <br><br>**Dr. Marc Mallory, DDS**<br>**107 E. Washtenaw**<br>**Lansing, MI  48933** | | 1 | **05/24/2012**<br><br>**Medical** | | | | **$204.00** |
| **Account No.:** <br><br>**Emergency Medical Associates PLLC**<br>**411 W. Lake Lansing Rd, Ste 120**<br>**East Lansing, MI  48823** | | J | **UNKNOWN**<br><br>**Medical** | | | | **$698.40** |
| **Account No.: -\*\*\*\*** <br><br>**GFSII LLC/Gateway Financial Solutions**<br>**PO Box 6919**<br>**Saginaw, MI  48608** | | J | **UNKNOWN**<br><br>**Deficiency** | | | | **$4,783.93** |
| **Account No.:** <br><br>**Ingham Regional Medical Center**<br>**405 W. Greenlawn**<br>**Lansing, MI  48910** | | J | **UNKNOWN**<br><br>**Medical** | | | | **$6,007.96** |
| **Account No.: -9218** <br><br>**Lansing Anesthesiologists PC**<br>**405 W. Greenlawn Ave.**<br>**Lansing, MI  48910** | | 2 | **02/2010**<br><br>**Medical** | | | | **$67.00** |

Schedule F

Page 2

Coulter, Roland and Amanda                                                    1:14-bk-7816

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | OBLIGOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: -0015<br><br>Lansing Board of Water & Light<br>1232 Haco Drive<br>Lansing, MI  48910 | | 1 | 2014<br><br>Other | | | | $50.38 |
| Account No.: -3196<br><br>Lansing Oral Surgery<br>6810 S. Cedar St., #5<br>Lansing, MI 48911 | | 2 | UNKNOWN<br><br>Medical | | | | $749.00 |
| Account No.: -****<br><br>McLaren Medical Group<br>PO Box 77000<br>Dept 77312<br>Detroit, MI  48277 | | 1 | 05/14/2014<br><br>Medical | | | | $30.00 |
| Account No.: -1288<br><br>McLaren-Greater Lansing<br>401 W. Greenlawn<br>Lansing, MI 48911 | | 2 | UNKNOWN<br><br>Medical | | | | $75.00 |
| Account No.: -****<br><br>Michigan Higher Education/MHEAA<br>PO Box 6180<br>Indianapolis, IN  46206 | | 2 | 12/2012<br><br>Student Loan | | | | $34,400.00 |
| Account No.: -8953<br><br>Mid Michigan Orthopaedic Institute<br>830 W. Lake Lansing Road<br>East Lansing, MI  48823 | | 2 | UNKNOWN<br><br>Medical | | | | $533.00 |
| Account No.: -0765<br><br>Oral Surgery Associates<br>5238 W. St. Joseph Hwy, Ste 2<br>Lansing, MI  48917 | | 2 | 03/2012<br><br>Medical | | | | $73.00 |

Schedule F                                                                         Page 3

Coulter, Roland and Amanda

1:14-bk-7816

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: -**** <br><br> Progressive Insurance Company <br> 6300 Wilson Mills Road <br> Mayfield Village, OH  44143 | | 1 | 02/24/2014 <br><br> Other | | | | $89.00 |
| Account No.: -**** <br><br> Seventh Avenue <br> 1112 7th Avenue <br> Monroe, WI  53566 | | 2 | 02/2009 <br><br> Credit Card | | | | $108.00 |
| Account No.: -**** <br><br> Sparrow Health System <br> 1215 W. Michigan Ave. <br> Lansing, MI  48915 | | 1 | 11/27/2012 <br><br> Medical | | | | $425.00 |
| Account No.: -**** <br><br> Sparrow Health System <br> 1215 W. Michigan Ave. <br> Lansing, MI  48915 | | 2 | 04/2011 <br><br> Medical | | | | $1,310.00 |
| Account No.: -3033 <br><br> Sparrow Regional Lab <br> 1215 W. Michigan Ave. <br> Lansing, MI  48915 | | 2 | 07/2010 <br><br> Medical | | | | $27.00 |
| Account No.: -0515 <br><br> T-Mobile <br> Bankruptcy Team <br> PO Box 53410 <br> Bellevue, WA  98015 | | 2 | 02/2014 <br><br> Other | | | | $1,300.00 |
| Account No.: -**** <br><br> US Department of Education <br> 61 Forsyth St. SW, Ste 19T40 <br> Atlanta, GA  30303 | | 2 | 09/2008 <br><br> Student loan | | | | $47,000.00 |

Coulter, Roland and Amanda

1:14-bk-7816

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: -****<br><br>**Valley Dental Spa, PLLC**<br>**2192 Commons Pkwy**<br>**Okemos, MI  48864** | | 1 | 09/11/2012<br><br>Medical | | | | $950.00 |
| | | | | | | **Total** | **$270,238.36** |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

B 6G (Adapted from Official Form 6G) (12/07)

In re: **Coulter, Roland and Amanda**                    Case No. **1:14-bk-7816**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Larry & Sandy Hall<br>1818 Ray St.<br>Lansing, MI  48910** | **Residential Lease Leasehold (Lessee)** |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Schedule G                                                                                             Page 1

B 6H (Adapted from Official Form 6H) (12/07)

In re: **Coulter, Roland and Amanda**                    Case No. **1:14-bk-7816**

# SCHEDULE H - CODEBTORS

        Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **(None)** | |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Schedule H                                                                                    Page 1

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roland W. Coulter I** |
| Debtor 2 (Spouse, if filing) | **Amanda L. Coulter** |
| United States Bankruptcy Court for the | **Western District of Michigan** |
| Case number (If known) | **1:14-bk-7816** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Team Lead | Customer Service Rep |
| **Employer's name** | Ryder Logistics | Maximus, Inc. |
| **Employer's address** | 11690 N.W. 105 St.<br>Miami, FL  33178 | Coolidge Road<br>East Lansing, MI  48823 |
| **How long employed there?** | 9 years | 6 months |

## Part 2:    Give Details About Monthly Income

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. 2. | $2,733.46 | $2,015.54 |
| **3.** | **Estimate and list monthly overtime pay.** 3. | $0.00 | $0.00 |
| **4.** | **Calculate gross income.** Add line 2 + line 3. 4. | $2,733.46 | $2,015.54 |
| **5.** | **List All payroll deductions:** | | |
| **5a.** | Tax, Medicare, and Social Security deductions 5a. | $511.07 | $210.66 |
| **5b.** | Mandatory contributions for retirement plans 5b. | $0.00 | $0.00 |
| **5c.** | Voluntary contributions for retirement plans 5c. | $0.00 | $0.00 |
| **5d.** | Required repayments of retirement fund loans 5d. | $209.17 | $0.00 |
| **5e.** | Insurance 5e. | $405.38 | $60.42 |
| **5f.** | Domestic support obligations 5f. | $1,067.56 | $0.00 |
| **5g.** | Union dues 5g. | $15.21 | $0.00 |
| **5h.** | Other deductions. Specify: 5h. | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a through 5h 6. | $2,208.39 | $271.08 |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$525.07** | **$1,744.46** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. | Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. | Other government assistance that you regularly receive | 8f. | **$0.00** | **$149.00** |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Gov't Support for Nephew D2 $149.00 | | | |
| 8g. | Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income. Specify: Prorated Future Income Tax Refunds D1 $75.00 D2 $75.00 | 8h. | **$75.00** | **$75.00** |

| **9.** | **Add all other income.** Add lines 8a-8h. | 9. | **$75.00** | **$224.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 9 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$2,568.53** | |
| **11.** | **State all other regular contributions to the expenses that you list in *Schedule J*.** | 11. | **$0.00** | |

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify:

| **12.** | **Add the amounts on lines 10 and 11.** The result is the combined monthly income. Also write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data,* if it applies. | 12. | **$2,568.53** |

**13.** Do you expect an increase or decrease within the year after you file this form?

☒ No
☐ Yes. Explain.....

**Fill in this information to identify your case:**

Debtor 1 __Roland W. Coulter I__

Debtor 2 __Amanda L. Coulter__
(Spouse, if filing)

United States Bankruptcy Court for the __Western District of Michigan__

Case number __1:14-bk-7816__
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of
- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

**1.  Is this a joint case?**

☐ No. Go to line 2.
☒ Yes. **Does Debtor 2 live in a separate household?**

  ☒ No.
  ☐ Yes. Debtor 2 must file a separate Schedule J.

**2.  Do you have dependents?**

Do not list Debtor 1 or Debtor 2.

Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| ☐ No<br>☒ Yes. Fill out this information for each dependent | Nephew | 2 | ☐ No<br>☒ Yes |

**3.  Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

**Note:** Monthly payments that are being made through the Chapter 13 Plan, if any, are not included in the expenses listed on this schedule.

| | | | Your expenses | |
| --- | --- | --- | --- | --- |
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$700.00** | |
| | If not included in line 4: | | | |
| | 4a.  Real estate taxes | 4a. | | |
| | 4b.  Property, homeowner's, or renter's insurance | 4b. | | |
| | 4c.  Home maintenance, repair, and upkeep expenses | 4c. | | |
| | 4d.  Homeowner's association or condominium dues | 4d. | | |
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | | |
| **6.** | **Utilities:** | | | |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

BkAssist® Software Copyright® 2012-2014 by Walter Oney. All rights reserved.

| | | | |
|---|---|---|---|
| 6a. Electricity, heat, natural gas | 6a. | $325.00 | |
| 6b. Water, sewer, garbage collection | 6b. | $16.00 | |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $103.00 | |
| 6d. Other. Specify: N/A | 6d. | | |
| **7. Food and housekeeping supplies** | 7. | $600.00 | |
| **8. Childcare and children's education costs** | 8. | $30.00 | |
| **9. Clothing, laundry, and dry cleaning** | 9. | $165.00 | |
| **10. Personal care products and services** | 10. | $30.00 | |
| **11. Medical and dental expenses** | 11. | $100.00 | |
| **12. Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $250.00 | |
| **13. Entertainment, clubs, recreation, newspapers, magazine, and books** | 13. | $20.00 | |
| **14. Charitable contributions and religious donations** | 14. | | |
| **15. Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. Life insurance | 15a. | | |
| 15b. Health insurance | 15b. | | |
| 15c. Vehicle insurance | 15c. | $175.00 | |
| 15d. Other insurance. Specify: N/A | 15d. | | |
| **16. Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: N/A | 16. | | |
| **17. Installment or lease payments** | | | |
| **18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I)** | 18. | | |
| **19. Other payments you make to support others who do not live with you.** Specify: N/A | 19. | | |
| **20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*** | | | |
| 20a. Mortgages on other property | 20a. | | |
| 20b. Real estate taxes | 20b. | | |
| 20c. Property, homeowner's, or renter's insurance | 20c. | | |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | | |
| 20e. Homeowner's association or condominium dues | 20e. | | |
| 20f. Other. Specify: | 20f. | | |
| **21. Other.** Specify: N/A | 21. | | |
| **22. Calculate your monthly expenses.** | | | |
| 22a. Add lines 4 through 21. | 22a. | $2,514.00 | |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Debtor 2's separate form | 22b. | | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $2,514.00 | |
| **23. Calculate your monthly net income** | | | |
| 23a. Copy line 12 *(your combined monthly income)* from *Schedule I* | 23a. | $2,568.53 | |

| | | | Your expenses |
|---|---|---|---|
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | **$2,514.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income* | 23c. | **$54.53** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No
☒ Yes.
   Explain.....

**Debtor's active child support cases will be paid off within the next 12 months, however, a third case is pending in Georgia, and Debtor expects his child support obligation to remain relatively unchanged throughout the commitment period.**

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

B 6 Declaration (Adapted from Official Form) (12/07)

In re: **Coulter, Roland and Amanda**                    Case No. **1:14-bk-7816**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

 I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 25 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

**/s/ Roland W. Coulter I**                                                        **01/11/2015**
**Debtor**                                                                               **Date**

**/s/ Amanda L. Coulter**                                                        **01/11/2015**
**Joint Debtor**                                                                     **Date**
                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

*This section of the signature page is not relevant to this Petition because the BkAssist® software*
*used to produce this petition is not licensed for use by paid bankruptcy petition preparers.*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

 *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the N/A [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the N/A [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 25 sheets (Total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

**/s/ N/A**                                                                              **N/A**
**Representative of Debtor**                                                  **Date**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

B 7 (Adapted from Official Form) (04/13)

# United States Bankruptcy Court
## Western District of Michigan

In re: **Coulter, Roland and Amanda**                    Case No. **1:14-bk-7816**

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| RECEIVED BY | SOURCE | AMOUNT | WHEN RECEIVED |
|---|---|---|---|
| **Spouse** | **Maximus** | **$13,796.86** | **This year to date (Jan. 1, 2014 to filing date)** |

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda                                                            1:14-bk-7816

| RECEIVED BY | SOURCE | AMOUNT | WHEN RECEIVED |
|---|---|---|---|
| **Both** | | **$22,269.00** | **Last year (2013)** |

**2. Income other than from employment or operation of business**

None

☒  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

**Complete a. or b., as appropriate, and c.**

None

☒  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225.00. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒  c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda

1:14-bk-7816

| | | | |
|---|---|---|---|
| **Automotive Credit Corp v Roland Coulter, 030097GCF** | **Collections** | **54-A District Court** | **Judgment for creditor** |
| **Gateway Financial Solutions v Amanda Coulter, 14-018216CF** | **Collections** | **54-A District Court** | **Judgment for creditor** |

None

☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None

☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None

☒   a. Describe any assignment of property for the benefit of creditors made within **120** days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None

☒   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.



Coulter, Roland and Amanda                                                1:14-bk-7816

None

☒   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None

☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Evergreen Financial Counseling**<br>**PO Box 3801**<br>**Salem, OR  97302** | **09/22/2014** | **$10.00** |

---

**10. Other transfers**

None

☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None

☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda                                                    1:14-bk-7816

**12. Safe deposit boxes**

None
☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None
☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None
☒    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None
☐    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1036 Leslie St., Lansing, MI** | **Amanda Coulter & Amanda Moore** | **09/01/2003 - 09/01/2011** |

**16. Spouses and Former Spouses**

None
☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda                                                    1:14-bk-7816

**17. Environmental Information.**

 For the purpose of this question, the following definitions apply:

 "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

 "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

 "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18 . Nature, location and name of business**

None
☒     a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.
 *If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.
 *If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None
☒     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

 The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity,

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda                                                        1:14-bk-7816

either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

### 19. Books, records and financial statements

None
⊠    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
⊠    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
⊠    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
⊠    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None
⊠    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
⊠    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21 . Current Partners, Officers, Directors and Shareholders

None
    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22 . Former partners, officers, directors and shareholders

Statement of Financial Affairs                                                   Page 7

Coulter, Roland and Amanda                                                           1:14-bk-7816

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒     preceding the commencement of this case.


None  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
☒     within one year immediately preceding the commencement of this case.

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☒     including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
      during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of
☒     any consolidated group for tax purposes of which the debtor has been a member at any time within six years
      immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to
☒     which the debtor, as an employer, has been responsible for contributing at any time within six years immediately
      preceding the commencement of the case.

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.

Coulter, Roland and Amanda                                                    1:14-bk-7816

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

**/s/ Roland W. Coulter I**                                                    **01/11/2015**
**Debtor**                                                                     **Date**

**/s/ Amanda L. Coulter**                                                      **01/11/2015**
**Joint Debtor**                                                               **Date**

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

**/s/ N/A**                                                                    **N/A**
**Representative of Debtor**                                                    **Date**
           [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

No continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

***This section of the signature page is not relevant to this Petition because the BkAssist® software used to produce this petition is not licensed for use by paid bankruptcy petition preparers.***

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

 If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

BkAssist® Software Copyright© 2012-2014 by Walter Oney. All rights reserved.